# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 6, 2018

**To:**    Laura A. Briggs
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 18-2937

Caption:
DUSTIN J. HIGGS,
Plaintiff - Appellant

v.

UNITED STATES PARK POLICE,
Defendant - Appellee

District Court No: 2:16-cv-00096-JMS-MJD
Clerk/Agency Rep Laura A. Briggs
District Judge Jane Magnus-Stinson

Date NOA filed in District Court: 09/05/2018

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)